pellant.— Judgment and order affirmed, with costs.

William B. Wright, Respondent, v. Emeline Peterson, Administratrix, etc., Appellant.— Order modified; to be settled by Hardin, J., on five days' notice.

In the Matter of the Alleged Will of Caleb Demelt, Deceased; Elias J. Demelt, Appellant.— Decree of surrogate affirmed, with costs to the respondent, payable out of the estate.

The Fisher Manufacturing Company (Limited), Respondent, v. Willet Fisher, Appellant.

Dennis Dobbins v. Willet Fisher.—Order reversed, without costs, and without prejudice to an application or motion under section 2463 of the Code of Civil Procedure.

Ellen Melhinch, Respondent, v. the Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment affirmed, with costs.

James D. Shead, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment and order affirmed, with costs.

B. Franklin Chapman, as Executor, etc., Appellant, v. Gerrit A. Forbes, Respondent.— Order affirmed, with ten dollars costs and disbursements.

William M. Peck, Respondent, v. Alva M. Baldwin, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. (See *Billington v. Billington*, 4 N. Y. Supp., 504, and *Fink v. Mannering*, 46 Hun, 323; Code of Civ. Pro., § 2433.)

Sophia Pitcher, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with costs.

In the Matter of the Probate of the Alleged Will of John J. Ingles, Deceased, by Mary L. Ingles, Proponent and Appellant, v. Ruth Eddy et al., Contestants and Respondents.— Decree of the surrogate of Madison county reversed upon the exceptions, and the proceedings remanded to the Surrogate's Court for further action. The question of costs reserved for the determination of the court below upon the final disposition of the case. *Held* (1), that the surrogate erred in receiving the evidence of Dr. Ure. (See Code Civ. Pro., § 834; *Matter of Eysman*, 113 N. Y., 62.) Also (2), in rejecting the offers to show that the testator had made advancements to some of his children.

Emmor Haynes and others, Appellants, v. M. Calvin West and another, Respondents.— Judgment and order affirmed, with costs.

Henry O. Kenyon, Appellant, v. John F. Luther and Addison L. Upham, Respondents.—Judgment and order affirmed, with costs.

John Peterson, Appellant, v. John M. Williams and others, Respondents.— Judgment affirmed, without costs of the appeal, and with leave to amend the complaint upon the terms given in the interlocutory judgment within twenty days.

John McMullin, Respondent, v. George Crouse, Jr., Appellant.—Judgment affirmed, with costs.

Miles C. Comstock and others, Appellants, v. Samuel H. Budlong and others, Respondents.— Judgment of the County Court of Oneida county, reversing the judgment of the City Court of Utica, reversed, with costs, and the judgment of the City Court of Utica affirmed, with costs.

The People, Respondent, v. William F. Warner, Appellant. — Conviction, order and judgment affirmed, and proceedings remitted to the Court of Sessions of Tioga county with instructions to proceed.

John Gibson and another, as Executors, etc., Respondents, v. Anna A. McLaury and another, Appellants. — Judgment affirmed, with costs.

John Zimmerman, Appellant, v. Sanderson Brothers Steel Company, Respondent. — Judgment affirmed, with costs.

Jacob Ackerman et al., Appellants, v. Lewis D. Burdick, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Charles W. Bardeen, Respondent, v. Angus P. McIntyre, Appellant. — Order reversed, with ten dollars costs and disbursements and motion granted.

The People of the State of New York, Respondent, v. Joseph Keyser et al., Appellants. — Order affirmed, with ten dollars costs and disbursements.

Alfred C. Lewis and Alvin R. Smith, Respondents, v. William H. Douglass, Appellant, Impleaded. — Order affirmed, with ten dollars costs and disbursements.

The People, Respondent, v. William A. Richardson, Appellant. — Conviction, order and judgment reversed and a new trial ordered in the Court of Sessions, Schuyler county, to which court the case is remitted. *Held*, that the evidence was insufficient to sustain the verdict.

Martha E. Hill v. George H. Egglestone, Judah Egglestone, Appellant, Ithaca Agricultural Works, Respondent. — Order affirmed, with ten dollars costs and disbursements.

William M. Stout et al., Appellants, v. John W. Sherman, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Rhoda Clark, Respondent, v. The Glens Falls Insurance Company, Appellant. — Judgment and order affirmed, with costs. Followed former decision of this court, reported in 21 Weekly Digest, 197.

Stephen Coursey and another, Appellants, v. John Morton et al., Respondents.— Judgments affirmed, with costs to the respondent Sidney Smith, assignee, only.

Charles A. Clark and another, Appellants, v. Charles J. Mikels, Respondent, Impleaded.— Judgment affirmed, with costs.

The Village of Canastota, Appellant, v. Kate L. Woodford, Respondent.— Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held*, that the complaint states facts sufficient to constitute a cause of action and to warrant equitable relief.

Jacob Kent, Respondent, v. Jacob Crouse, Appellant.— Judgment and orders affirmed, with costs. Merwin, J., not acting.

Maurice Plett, Respondent, v. Fowler Willson, Jr., and others, Appellants.— Judgment affirmed, with costs. Followed *Plett* v. *Willson* (50 Hun, 60).

Thomas Finnegan, Respondent, v. Mary Finnegan, Appellant.— Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held*, the trial court erred in excluding evidence as to whether a difficulty had been had between defendant and Mrs. Tuttle.

Alice M. Harrington et al., Appellants, v. Pardon S. Brown et al., Respondents.— Decree of the Surrogate's Court of Chenango county affirmed, with costs.

Justus Pallas, Appellant, v. The City of Syracuse, Respondent.— Judgment affirmed, with costs.

Michael O'Gorman and another, Respondents, v. The National Fire Insurance Company, Appellant.— Judgment and orders affirmed, with costs.

Calvary Cemetery Association of Watertown, Appellant, v. Tobias Glenn and the Society of St. Patrick's Church, Respondents.— Judgment affirmed, with costs.

Ira Dwight, Respondent, v. The Elmira, Cortland and Northern Railroad Company, Appellant.— Judgment affirmed, with costs.